IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TRACY W. MAXWELL,<br><br>        Plaintiff,<br><br>vs.<br><br>SARPY COUNTY CLERK OF COURT, State of Nebraska; TODD WEST, Public Defender; and BEVERLY A. HUETER, Court Reporter;<br><br>        Defendants. | 8:20CV130<br><br>MEMORANDUM AND ORDER |

    On May 20, 2020, the court ordered Plaintiff to pay the $400.00 filing and administrative fees or file a new request for leave to proceed in forma pauperis within 30 days or face dismissal of this action. To date, Plaintiff has not paid the fees, submitted a request for leave to proceed in forma pauperis, or taken any other action in this matter.

    IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders. The court will enter judgment by a separate document.

    Dated this 29th day of June, 2020.

                                                      BY THE COURT:

                                                      *Richard G. Kopf*
                                                      Richard G. Kopf
                                                      Senior United States District Judge